TODD BLANCHE
Deputy Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

Representing the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:26-cr-0021-CDA-NJK |
|---|---|
| Plaintiff, | |
| v. | **Petition for Writ of Habeas Corpus Ad Prosequendum for** |
| RONALD ALLEN CLASS, JR., | **RONALD ALLEN CLASS, JR.** |
| Defendant. | **(ID # 02668759)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce **RONALD ALLEN CLASS, JR.,** before the United States District Court on or about March 4, 2026 at 2:30 pm in 3D , for initial appearance regarding a Criminal Indictment. **RONALD ALLEN CLASS, JR.,** is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

On February 18, 2026, a federal grand jury in this District returned an Indictment in the above-captioned matter charging **RONALD ALLEN CLASS, JR.**

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce **RONALD ALLEN CLASS, JR.**, before this Court for the purpose of initial appearance regarding a Criminal Indictment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted this 18th day of February, 2026

TODD BLANCHE
Deputy Attorney General

By_____
DANIEL J. COWHIG
Assistant United States Attorneys

Attorneys for Plaintiffs
UNITED STATES OF AMERICA

2

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:26-cr-0021-CDA-NJK |
| Plaintiff, | |
| v. | **Order for Issuance of Writ of Habeas Corpus Ad Prosequendum** For **RONALD ALLEN CLASS, JR.** |
| RONALD ALLEN CLASS, JR., | |
| | **(ID # 02668759)** |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of **RONALD ALLEN CLASS, JR.**, before the United States District Court at Las Vegas, Nevada, on or about March 4, 2026, at 2:30 pm in 3D, for initial appearance regarding a Criminal Indictment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 18, 2026

_____
HONORABLE J. DANIEL ALBREGTS
UNITED STATES MAGISTRATE JUDGE