MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

            Plaintiff,

vs.

CLASS, ET AL.,

            Defendant.

2:26-cr-00021-CDS-NJK

**ORDER TO CONTINUE MOTION DEADLINES AND TRIAL DATE**

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1.      That counsel for defendants need additional time to review all discovery, meet and confer with their clients, conduct further investigation, and assess the viability of any pretrial motions which will not be submitted until attempts to resolve the case have been exhausted;

2.      That Defendant PERREIRA is out of custody and does not object to a continuance;

3.      That Defendant CLASS is in custody and does not object to a continuance;

4.      That Assistant United States Attorney, DANIEL J. COWHIG, does not object to a continuance;

5.      That this is the first request for a continuance of the Trial date in this case;

6.      That denial of this request for a continuance could result in a miscarriage of Justice; and

7.      That the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A) and Title 18 United States Code Section 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

3

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny the defendant continuous treatment as ordered by United States Pretrial Services.  The continuance sought herein is excludable under the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A), and Title 18 United States Code Sections 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

IT IS THEREFORE ORDERED that the parties shall have to and include July 2, 2026, within which to file any and all pre-trial motions and notice of defense.

IT IS FURTHER ORDERED that the parties herein shall have to and include July 16, 2026, within which to file any and all responsive pleadings.

IT IS FURTHER ORDERED that the parties herein shall have to and include July 23, 2026, within which to file any and all replies to dispositive motions.

IT IS FURTHER ORDERED that the Calendar Call currently scheduled for April 28, 2026, at 9:30 a.m. be vacated and continued to August 11, 2026 at 9:30 a.m. and the Trial currently scheduled for May 4, 2026, at 9:30 a.m., be vacated and continued to August 17, 2026 at 9:30 a.m. in courtroom 6B.

DATED this 27th day of April 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

MANINGO LAW

By:   /s/ Lance A. Maningo
        Lance A. Maningo
        Nevada Bar No. 6405
        400 South 4th Street, Suite 650
        Las Vegas, Nevada 89101
        Attorney for Defendant PERREIRA

5