**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff

v.

RONALD ALLEN CLASS, JR., et al.,

      Defendants

Case No. 2:26-cr-00021-CDS-NJK

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2.    The defendant is incarcerated and does not object to the continuance.

3.    The defendant Ronald Allen Class, Jr. is incarcerated and does not object to the continuance.

4.    The defendant Jackie Noelani Perreira is out of custody and does not object to the continuance.

5.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein have to and including September 30, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties have to and including October 14, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties have to and including October 21, 2026 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by November 10, 2026.

IT IS FURTHER ORDERED that the calendar call currently scheduled for August 11, 2026, at  9:30 a.m., is vacated and continued to November 10, 2026 at 9:30 a.m.; and the trial currently scheduled for August 17, 2026, at 9:30 a.m., is vacated and continued to November 16, 2026 at 9:30 a.m. in courtroom 6B.

Dated: August 3, 2026

_____
UNITED STATES DISTRICT JUDGE

3